UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATRINA WILLIAMS,

          Plaintiff,           No. 07-CV-11738-DT

vs.           Hon. Gerald E. Rosen

STRATEGIC PROTECTION
GROUP,

          Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION AND GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on     October 22, 2008

        PRESENT: Honorable Gerald E. Rosen
                      United States District Judge

This Title VII/ADA action having come before the Court on the August 30, 2008 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub recommending that the Court grant Defendant Strategic Protection Group's motion for summary judgment; and Plaintiff having timely filed objections to the R&R[1] to which Defendant has replied; and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this action and having concluded that, for the

---

[1] Plaintiff captioned her objections as "Plaintiff's Response to Defendants Motion for Summary Judgment to Dismiss My Case."

reasons stated in the Report and Recommendation, Defendant's Motion should be granted; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of August 30, 2008 **[Dkt. # 24]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant's Motion for Summary Judgment **[Dkt. # 20]** hereby is, GRANTED. Accordingly,

IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED, with prejudice.

        s/Gerald E. Rosen
        United States District Judge

Dated: October 22, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 22, 2008, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager